UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LaVELL HARRIS a/k/a SMILEY JAMES HARRIS,<br><br>  Petitioner,<br><br> v.<br><br>STATE OF CALIFORNIA; et al.,<br><br>  Respondents.      / | No. C 09-2829 SI (pr)<br><br>**JUDGMENT** |

  This action is dismissed without prejudice to petitioner filing a new habeas action after he exhausts state court remedies for all the claims he wishes to present in a federal habeas petition.

  IT IS SO ORDERED AND ADJUDGED.

DATED: April 1, 2010

                  SUSAN ILLSTON
                  United States District Judge